UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR LOPEZ,** | ) Case No. SA CV 13-01800 VBF (MRW) |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| NEWPORT ELEMENTARY SCHOOL et al., | ) |
| Defendant. | ) |

Pursuant to the Order Dismissing Action With Prejudice issued today, final judgment is hereby entered in favor of all defendants and against the plaintiff.

DATE:    August 4, 2014    _____

HON. VALERIE BAKER FAIRBANK
Senior United States District Judge